# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 CASES | ) <br> ) **Court No: 21-00052** <br> ) **(and attached schedule)** <br> ) <br> ) |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 75 of the Rules of the Court of International Trade, Daniel R. Wilson and Christine J. Choi, respectfully notice the withdrawal of their appearances as counsel for the plaintiffs listed in the attached schedule in this action and in the underlying individual cases also listed in the attached schedule.  Mr. Wilson and Ms. Choi are no longer employed by Arnold & Porter Kaye Scholer LLP and will not take further part in this litigation.

The plaintiffs listed in the attached schedule will continue to be represented by Lynn M. Fischer Fox, J. David Park, Henry D. Almond, and Gina M. Colarusso, all of Arnold & Porter Kaye Scholer LLP.  The individual attorney in the undersigned firm who is responsible for this litigation is Lynn M. Fischer Fox.

        Respectfully submitted,

        /s/ Lynn M. Fischer Fox
        Lynn M. Fischer Fox
        J. David Park
        Henry D. Almond
        Gina M. Colarusso

        *Counsel for Plaintiffs*

        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Avenue N.W.
        Washington, D.C. 20001
        Phone:  (202) 942-5646
        Fax:  (202) 942-5999

**Dated:  August 11, 2023**

## Schedule of Cases

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 20-02875 | Nostalgia Products, LLC v. United States | Nostalgia Products, LLC |
| 20-02980 | Foremost Groups, Inc., and Foremost Kingbetter Food Equipment, Inc. v. United States | Foremost Groups, Inc., and Foremost Kingbetter Food Equipment, Inc. |
| 20-02981 | Richloom Fabrics Group, Inc. v. United States | Richloom Fabrics Group, Inc |
| 20-03017 | International Pet Supplies and Distribution Inc. v. United States | International Pet Supplies and Distribution Inc. |
| 20-03021 | The Kraft Heinz Company v. United States | The Kraft Heinz Company |
| 20-03033 | Zhonglu America Corporation v. United States | Zhonglu America Corporation |
| 20-03057 | SKF USA et al. v. United Stats | SKF USA et al. |
| 20-03081 | Lather, Inc. v. United States | Lather, Inc. |
| 20-03106 | Innovative Office Products, LLC et al. v. United States | Innovative Office Products, LLC et al. |
| 20-03144 | Chronicle Books LLC et al. v. United States | Chronicle Books LLC et al. |
| 20-03217 | Harris & Ford, LLC v. United States | Harris & Ford, LLC |
| 20-03235 | Zinus, Inc., and Best Price Mattress, Inc. v. United States | Zinus, Inc., and Best Price Mattress, Inc. |
| 20-03358 | IGM Resins USA Inc. v. United States | IGM Resins USA Inc. |
| 21-00060 | Bloomsbury Publishing Inc. et al v. United States | Bloomsbury Publishing Inc., et al. |
| 21-00071 | Halo Technology Bidco Inc. et al. v. United States | Halo Technology Bidco Inc. et al. |
| 21-00097 | Samsung Electronics America, Inc. et al. v. United States | Samsung Electronics America, Inc. et al. |
| 21-00209 | Tesla, Inc. v. United States | Tesla, Inc. |

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00463 | Penguin Random House Canada Limited et al. v. United States | Penguin Random House Canada |
| 21-00465 | The Quarto Group, Inc. et al. v. United States | The Quarto Group, Inc. et al. |
| 21-00498 | Englewood Marketing Group, Inc. et al. v. United States | Englewood Marketing Group, Inc. et al. |